**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

NICOLE SHAPIRO,

                        **Plaintiff,**

          -against-

COMMISSIONER OF SOCIAL SECURITY,

                        **Defendant.**

-----------------------------------------------------------------X

**24-CV-00386 (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 5/5/2026

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of

disability insurance benefits. The Court remanded the matter for further review by the

Commissioner of Social Security, and the Court approved a stipulation and agreement awarding

Plaintiff $3,799.40 in attorney's fees under the Equal Access to Justice Act (the "EAJA"), 28

U.S.C. § 2412.

Following the remand, Plaintiff was informed that he will be receiving retroactive

benefits from the Social Security Administration. Thereafter, on May 4, 2026, Plaintiff's counsel

filed a motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). See ECF No. 21.

Section 406(b) permits the Court to approve "a reasonable fee . . . not in excess of 25 percent of

the . . . past-due benefits" awarded to the plaintiff. Gisbrecht v. Barnhart, 535 U.S. 789, 795

(2002) (quoting 42 U.S.C. §406(b)(1)(A)).

Because of the Commissioner's unique role and expertise in this area, the Court orders

the Commissioner to respond to Plaintiff's motion by no later than Tuesday, May 19, 2026. In

particular, the Court directs the Commissioner to address the question of whether the fees

amount to an impermissible windfall. See Diberardino v. Commissioner of Social Security, No.

17-cv-02868 (PKC), 2020 WL 6746828 (E.D.N.Y. Nov. 17, 2020).

**SO ORDERED.**

_____

SARAH NETBURN
United States Magistrate Judge


DATED:        New York, New York
              May 5, 2026

2