USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NICOLE SHAPIRO,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------------------------X

24-CV-00386 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 18, 2024, Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of disability insurance benefits. ECF No. 1. On March 21, 2024, the parties consented to my jurisdiction. ECF No. 11. On May 17, 2024, the Court approved a stipulation and order between the parties that remanded the matter for further proceedings before the Commissioner. ECF No. 17. On May 29, 2024, the Court approved a separate stipulation and order awarding Plaintiff $3,799.40 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, as well as costs in the amount of $405.00 pursuant to 28 U.S.C. § 1920. ECF No. 20.

Following the remand, Plaintiff was awarded retroactive benefits from the Social Security Administration. ECF No. 31-1. Thereafter, on May 4, 2026, Plaintiff's counsel filed a motion for an award of attorney's fees in the amount of $24,249.01, pursuant to 42 U.S.C. § 406(b). ECF No. 21. Because of the Commissioner's unique role and expertise in this area, the Court ordered Defendant to respond to the attorney's fees motion. ECF No. 23. On August 3, 2026, Defendant filed a response indicating that the Commissioner neither supports nor opposes Plaintiff's

counsel's motion for § 406(b) attorney's fees. ECF No. 31. The Commissioner, however, clarified the total amount of Plaintiff's past-due benefits, based upon which attorney's fees may be awarded under § 406(b). See id. Plaintiff's counsel filed a reply, acknowledging that his initial calculation was incorrect and agreeing with the Commissioner that the requested § 406(b) award should be reduced from $24,249.01 to $14,677.73. ECF No. 32 at ¶ 4.

Section 406(b) permits the Court to approve "a reasonable fee . . . not in excess of 25 percent of the . . . past-due benefits" awarded to the plaintiff. Gisbrecht v. Barnhart, 535 U.S. 789, 795 (2002) (quoting 42 U.S.C. §406(b)(1)(A)). Having reviewed the parties' briefs, along with all supporting documents, the Court determines that an award in the amount of $14,677.73 is a reasonable fee because it represents 25% of Plaintiff's past-due benefits. Accordingly, the Court grants the request for attorney's fees in the amount of $14,677.73. Upon receipt of this sum, counsel for Plaintiff is directed to refund directly to Plaintiff the previously awarded EAJA fee of $3,799.40. See Jecca v. Comm'r of Soc. Sec., No. 20-CV-5598 (GBD)(BCM), 2023 WL 11271921, at *3 (Dec. 26, 2023), report and recommendation adopted, 2024 WL 1406662 (S.D.N.Y. Apr. 2, 2024) (recognizing that the "netting approach" is disfavored in this District) (citing cases).

Further, in his reply brief, counsel for Plaintiff notes that his motion for § 406(b) attorney's fees "also seeks reimbursement of court filing fees in the amount of $405.00, which the defendant does not oppose in its response." ECF No. 32 at ¶ 5. Contrary to counsel's assertion, however, the motion for attorney's fees filed by Plaintiff's counsel on May 4, 2026, never requested reimbursement of court filing fees. Moreover, pursuant to the May 29, 2024 stipulation, Plaintiff was previously awarded costs under 28 U.S.C. § 1920 in the amount of $405.00. See ECF No. 20. Plaintiff's counsel has not sufficiently shown why he would

nonetheless be entitled to a filing fee reimbursement pursuant § 406(b). To the extent that Plaintiff's counsel believes that he is entitled to a reimbursement of the filing fee, he may file an application to the Court within one week explaining why such a reimbursement is warranted. The Commissioner may respond within three business days thereafter.

**CONCLUSION**

Plaintiff's counsel shall be awarded attorney's fees in the amount of $14,677.73 pursuant to 42 U.S.C. § 406(b). Upon receipt of this sum, counsel for Plaintiff is directed to refund directly to Plaintiff the previously awarded EAJA fee of $3,799.40.

Plaintiff's request for a reimbursement of court filing fees in the amount of $405.00 is denied without prejudice. If warranted, Plaintiff may file a letter to the Court within one week explaining why he is entitled to a reimbursement of the filing fee. The Commissioner may respond within three business days thereafter.

The Clerk of Court is respectfully requested to terminate the motion at ECF No 21.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
August 7, 2026